# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Nortech Packaging LLC

                                  Plaintiff,

v.                                                                    Case No.: 1:16–cv–09499
                                                                          Honorable John Robert Blakey

PMI Cartoning, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 20, 2017:

       MINUTE entry before the Honorable John Robert Blakey: Minute order [89] is corrected as follows: Motion hearing held on 6/20/2017. Oral agreed motion to dismiss with prejudice as to Defendant, PMI Cartoning, Inc. is granted. This case is hereby dismissed with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.